**2000–0784. Disciplinary Counsel v. Kral.**
IT IS ORDERED by this court, sua sponte, that Joseph Alan Kral, Attorney Registration No. 0019883, last known business address in Strongsville, Ohio, be found in contempt for failure to comply with this court's order of November 8, 2000, to wit, failure to pay publication costs in the amount of $320.06 on or before January 9, 2002.

**2000–1097. In re Resignation of Walter.**
IT IS ORDERED by this court, sua sponte, that Margaret Anne Walter, Attorney Registration No. 0062772, last known business address in Elmore, Ohio, be found in contempt for failure to comply with this court's order of December 14, 2000, to wit, failure to pay publication costs in the amount of $93.88 on or before January 8, 2002.

**2000–2285. Cuyahoga Cty. Bar Assn. v. Vala.**
IT IS ORDERED by this court, sua sponte, that Joseph S. Vala, Attorney Registration No. 0038112, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of June 13, 2001, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before July 13, 2001, and failure to pay board costs in the amount of $39.92 on or before September 11, 2001.

**2001–0369. Cincinnati Bar Assn. v. Watson.**
IT IS ORDERED by this court, sua sponte, that Martin L. Watson IV, Attorney Registration No. 0062359, last known business address in Cincinnati, Ohio, be found in contempt for failure to comply with this court's order of July 18, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before August 17, 2001.

**2001–0370. Cleveland Bar Assn. v. Young.**
IT IS ORDERED by this court, sua sponte, that Leonard Young, Attorney Registration No. 0023715, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of July 18, 2001, to wit, failure to surrender his certificate of admission and attorney registration card and failure to file an affidavit of compliance on or before August 17, 2001.

**2001–0750. Disciplinary Counsel v. Zumstein.**
IT IS ORDERED by this court, sua sponte, that R. William Zumstein, Attorney Registration No. 0020944, last known business address in Columbus, Ohio, be found in contempt for failure to comply with this court's order of October 31, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before November 30, 2001.

**2001–0798. Cincinnati Bar Assn. v. Selnick.**
IT IS ORDERED by this court, sua sponte, that R. Bruce Selnick, Attorney Registration No. 0034372, last known business address in Cincinnati, Ohio, be found in contempt for failure to comply with this court's order of December 19, 2001, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before January 18, 2002, and failure to pay board costs in the amount of $3,673.49 on or before March 19, 2002.

**2001–1135. Cleveland Bar Assn. v. Rubino.**
IT IS ORDERED by this court, sua sponte, that Corey James Rubino, Attorney Registration No. 0058480, last known business address in Cleveland, Ohio, be found in contempt for failure to comply with this court's order of January 9, 2002, to wit, failure to surrender his certificate of admission and failure to file an affidavit of compliance on or before February 8, 2002.

**2001–1137. Disciplinary Counsel v. Allen.**
IT IS ORDERED by this court, sua sponte, that Doris H. Allen, Attorney Registration No. 0040292, last known business address in Covington, Kentucky, be found in contempt for failure to comply with this court's order of January 9, 2002, to wit, failure to surrender her certificate of admission and failure to file an affidavit of compliance on or before February 8, 2002.